No. 84–127. RICHARDSON-MERRELL INC. v. KOLLER, AN INFANT, BY AND THROUGH KOLLER ET UX., HER NATURAL GUARDIANS, ET AL., 472 U. S. 424. Motion of respondents to retax

costs denied.  JUSTICE BLACKMUN dissents.  JUSTICE POWELL took no part in the consideration or decision of this motion.